| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Plaza Mexico Residences, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  46-4755203

**4. Debtor's address**

Principal place of business:
6940 Beach Boulevard, D-501
Buena Park, CA 90621
Number, Street, City, State & ZIP Code

Orange
County

Mailing address, if different from principal place of business:
PO Box 489
Buena Park, CA 90621
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Plaza Mexico Residences, LLC _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __6116__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment                Relationship _____
District _____ When _____ Case number, if known _____

Debtor    Plaza Mexico Residences, LLC                                    Case number (*if known*)
      *Name*

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Plaza Mexico Residences, LLC    Case number (if known)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 1, 2025
               MM / DD / YYYY

X _____    Alfred Masse
Signature of authorized representative of debtor    Printed name

Title    Chief Restructuring Officer

---

**18. Signature of attorney**

X    /s/ Jeffrey I. Golden                Date    July 14, 2025
Signature of attorney for debtor                  MM / DD / YYYY

Jeffrey I. Golden
Printed name

Golden Goodrich LLP
Firm name

3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Number, Street, City, State & ZIP Code

Contact phone    (714) 966-1000    Email address    jgolden@go2.law

CA
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor   Plaza Mexico Residences, LLC _____    Case number (*if known*) _____
         Name

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number (*if known*) _____ Chapter   11 |

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor   | 3000 E. Imperial, LLC |  |          | Relationship to you    | Affiliate |
|----------|-----------------------|------|----------|------------------------|-----------|
| District | Central District      | When |          | Case number, if known  |           |
| Debtor   | Donald Chae           |      |          | Relationship to you    | Member    |
| District | Central District      | When | 10/3/21  | Case number, if known  | 8:21-bk-12493-SC |

**Fill in this information to identify the case:**

Debtor name: Plaza Mexico Residences, LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 1, 2025         X  /s/ Alfred Masse
                                   Signature of individual signing on behalf of debtor

                                   Alfred Masse
                                   Printed name

                                   Chief Restructuring Officer
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Plaza Mexico Residences, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Dept. of Tax and Fee Administration Account Information Group MIC: 29 Sacramento, CA 94278-0029 | | Notice Only | | | | $Unknown |
| Employment Development Department Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | | Notice Only | | | | $Unknown |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Notice Only | | | | $Unknwon |

Andrew J. Christensen, Esq.
Law Offices of Andrew J. Christensen, P.
3608 Grand Ave., Suite 1
Oakland, CA 94610


California Dept. of Tax and Fee
Administration
Account Information Group MIC: 29
Sacramento, CA 94278-0029


Chen, Bing
362 W. Le Roy Ave.
Arcadia, CA 91007


Chen, Jianchi
212 Warren St., Apt. 11R
New York, NY 10012


Deng, Huijun
72 Lunar
Irvine, CA 92618


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Fan, Zechen
Qingdao Taihongguidao Track Equipment Co
111 Hongshun Road Cheng Yang Dist., Quin
China


Greg Groeneveld, Esq.
Law Offices of Greg Groeneveld
5 Third Street, Suite 1100
San Francisco, CA 94103

```
Gu, Lingling
c/o Hubert Chu
Law Offices Of Hubert Chu 725 Fremont Av
South Pasadena, CA 91030


He, Shuyan
Room 401, Unit 3, Building 205
Wangjing Dongyuan, Chaoyang Dist.
Beijing


Huang, Shujin
16124 August Drive
Chino Hills, CA 91709


Huang, Yukai
No. 167, Xinyueting, Hongkanlingshijun
Jinnan District, Tianjin City
China


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jing Wang
Door 1, No. 216-B50
Dingxiang St., Sujiatun Dist. Shenyang,
China


Kuan, Shih-Chieh
5780 Herma Street
San Jose, CA 95123


Lan, Ruimin
602, Unit 1, Building 16, Meiyuan,
Ruijianghuayuan, Jiefang Sourth Road Hex
China
```

```
Le, Kan
864N 1170 W.
Pleasant Grove, UT 84062


Li, Mei
4 Diamante
Irvine, CA 92620


Li, Qianyimei
1A 505 Xichengshang Zhu
1014 Chuang Ye 1st Rd Bao An Dist., Shen
Guang Dong, China


Liu, Jun
1070 Whitworth Ave.
89748


Liu, Yumeng
3201 Horizon Place
West Covina, CA 91791


Peng, Jing
Room 1602, Door 6, Building 2
South Area, DingHuiFuLi, Haindian Distri
Beijing


Shi, Guannan
c/o Xiuyuan Hu
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Sun, Xiaoyan
3639 Hawkwood Road
Diamond Bar, CA 91765
```

```
Tao, Ying
12527NE 117th Pl., Apt. 8
Kirkland, WA 98034


Wang, Cuie
218-r-501 Wanke QingQing Residence
Beijing, China


Wang, Guojun
28201 Argento Loop
San Ramon, CA 94583


Wang, Jing
222 Midori
Irvine, CA 92618


Wang, Xiaoping
48 Lupari
Irvine, CA 92618


Wang, Zhibin
7362 eXCELSIOR dRIVE
Eastvale, CA 91880


Xie, Yi
1240 Blair Ave.
South Pasadena, CA 91030


Xiuyan Hu, Esq.
HU LLP
322 N. Hungtigton, Ave. C
Monterey Park, CA 91754
```

```
Xue, Rui
No. 1028, Unite 2, Building 29
Xishanhuafu Longyuan Malianwa Street, Ha
China


Yang, Cairong
1748 Taylor Lane
Placentia, CA 92870


Yang, Shuyan
358 Olympian Way
Pacifica, CA 94044


Yang, Xiaoxuan
358 Olympian Way
Pacifica, CA 94044


Yin, Lina
725 Fremont Ave.
South Pasadena, CA 91030


Yu, Jing
1795 N. Willow Woods Dr., Unit A
Anaheim, CA 92807


Yuan, Yubing
5 Saint Tropez
Newport Beach, CA 92660


Zeng, Fu
PO Box 811117
San Marino, CA 91108
```

```
Zeng, Ping
109 White Jasmine
Irvine, CA 92618


Zhang, Linna
c/o Huali SHI Glopath Law PLLC
1048 26th PL SE
Lake Stevens, WA 98258


Zhang, Shihong
2-22B Bohai Mingyuan
8 Gaoxin Nanhuan Road Nanshan Dist., She
Guangdong, China


Zhang, Yulan
No. 7-902 Chundayuan, No. 95 Zhongnan Ro
Zhongshan Dist., Dalian City Liaoning Pr
China


Zheng, Li
Ruya Commercial Hotel
Building 410, HuangjingXiyuan Chao Yang
Beijing


Zhou, Wei
Guangyang Commerce, AD'ernuo Fortune Cen
Tongda Road, Lansahn Dist. Linyi City, S
China


Zhou, Wenxiu
11909 Peachtree Lane
Frisco, TX 75035


Zhu, Yu
3420 Royal Ridge Road
Chino Hills, CA 91709
```